COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Waylon Breaux
Natchitoches Par. Det. Ctr.
299 Edwina Drive
Natchitoches, LA 71457

REHEARING ACTION: September 8, 2010

**Docket Number: 10   00259-KH**

**STATE OF LOUISIANA**
**VERSUS**
**WAYLON BREAUX**

**Writ Application from Vernon Parish Case No. 64,907**

**BEFORE JUDGES:**

Hon. Jimmie C. Peters
Hon. Elizabeth A. Pickett
Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Waylon Breaux** has this day been

**DENIED.**

cc: Hon. Asa Allen Skinner, Counsel for  the Respondent